CITY OF NEWARK, complainant,

*v.*

HUGH F. COOK et al., defendants.

[Decided January 31st, 1927.]

On appeal of Charles F. McEuen et al.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *99 . N. J. Eq. 527.*

*Mr. Cecil H. MacMahon,* for the appellant.

*Messrs. McCarter & English,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.